758 A.2d 156

IN THE MATTER OF ROBERT E. RIVA, AN ATTORNEY AT LAW.

September 18, 2000.

## ORDER

The Court on August 23, 2000, having ordered that **ROBERT E. RIVA** of **SHORT HILLS,** who was admitted to the bar of this State in 1979, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective September 25, 2000, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has arranged a payment plan satisfactory to the Disciplinary Review Board and is current with his payments under the plan;

And good cause appearing;

It is ORDERED that the Order of August 23, 2000, is hereby vacated.